UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
MAY - 9 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> KARBIN CARLTON WINFIELD, ) <br> ) <br> Defendant. ) | NO. <br> **4:19CR00371 AGF/NCC** |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about April 2, 2019, in the City of St. Louis, Missouri, within the Eastern District of Missouri,

**KARBIN CARLTON WINFIELD,**

the Defendant herein, did knowingly obstruct, delay, and affect commerce and the movement of any article or commodity in commerce or attempt to do so by robbery of Moto Mart, a commercial establishment engaged in interstate or foreign commerce and in the business of buying and selling articles and commodities that have previously been transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Section 1951(a), and punishable under Title 18, United States Code, Section 1951(a).

### COUNT TWO

The Grand Jury further charges that:

On or about April 2, 2019, in the City of St. Louis, Missouri, within the Eastern District of Missouri,

**KARBIN CARLTON WINFIELD,**

the Defendant herein, did knowingly possess a firearm in furtherance of a crime of violence which may be prosecuted in a court of the United States; to wit: obstructing, delaying, or affecting commerce by robbery, as charged in Count One herein.

In violation of Title 18, United States Code, Section 924(c)(1)(A) and punishable under Title 18, United States Code, Section 924(c)(1)(A)(i).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
ALLISON H. BEHRENS, #38482MO
Assistant United States Attorney